## HENRY CARRIGAN

### *v.*

## ARTHUR HARDY.

1. NEW TRIAL—*verdict against the evidence.* Unless the verdict of the jury is manifestly against the weight of evidence, it will not be disturbed.

WRIT OF ERROR to the Circuit Court of Sangamon county; the Hon. EDWARD Y. RICE, Judge, presiding.

This was an action of assumpsit, brought by Carrigan against Hardy, to the April term of the Sangamon Circuit Court, 1865, to recover for the board of defendant, alleged to have been given him by the plaintiff. A trial was had before a jury, who found a verdict for the defendant, to reverse which the case is brought to this court by writ of error. The only

question presented by the record is, as to whether the credit for defendant's board was given to him, or to a certain railroad company.

Mr. S. D. STALEY, for the plaintiff in error.

Messrs. McCLERNAND, BROADWELL & SPRINGER, for the defendant in error.

Mr. JUSTICE WALKER delivered the opinion of the Court:

This record presents no question of law, but simply one as to the weight of evidence. The only difference about which there seems to be a contest is, whether the credit was given to the defendant in error when the services were rendered. On the evidence adduced, the jury found that it was not given to him. And while the evidence is not clear and conclusive on the question, still it sustains the verdict. It was for the jury to reconcile any conflict in the evidence, and give it such weight as it deserved; nor do we see that they have found so much, if at all, against its weight, as to require their verdict to be set aside. It is only when the verdict is clearly against the evidence, that this court will reverse for that reason. Such is not the case in this record, and the judgment must be affirmed.

*Judgment affirmed.*